```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 11-20315-CIV-LENARD
                              MAGISTRATE JUDGE P.A. WHITE
```

WILLIE PARKER,                    :

    Petitioner,                   :

v.                                :     <u>REPORT RECOMMENDING TRANSFER</u>
                                        <u>OF VENUE</u>
WALTER MCNEIL,                    :     <u>28 U.S.C. §2254</u>

    Respondent.                   :

---

    This Cause is before the Court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The petition attacks a conviction entered in the Circuit Court of the Twentieth Judicial Circuit of Florida, at Hendry County. Hendry County is located in the Middle District of Florida.

    A federal habeas corpus petition such as this may be filed in the District in which the State Court which convicted the petitioner is located or in the District where he is confined. 28 U.S.C. §2241(d).

    The Middle District of Florida, where the petitioner was convicted and where the records pertaining to this conviction are located, is the appropriate venue for this petition, and it is recommended that this case be transferred to that District.

    Objections to this Report may be filed within fourteen days following receipt.

Dated this 3rd day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Willie Parker, Pro Se
    DC#Y04932
    Jackson Work Camp
    Malone, FL
    Address of record